# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

- Plaintiff,　　　　　　　　　　　Case No. 07-15429

vs.　　　　　　　　　　　　　　　Honorable: Robert H. Cleland

LESLIE NEWBORN,　　　　　　　　Claim Number: 1999A21784
SS# XXX-XX-0590
　　　Defendant,
_____/

## ORDER RELEASING WAGE GARNISHMENT

Upon the reading and filing of the above Petition, that the **T & L TRANSPORT, INC.** is hereby released from any liability under said **WAGE GARNISHMENT** and any funds should be restored to the principal defendant upon receipt of this document.

　　　　　　　　　　　　　　　　s/Robert H. Cleland
　　　　　　　　　　　　　　　　ROBERT H. CLELAND
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: September 22, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 22, 2008, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　s/Lisa Wagner
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk
　　　　　　　　　　　　　　　　(313) 234-5522